## CAMPBELL v. UNITED STATES.
### No. 10002.

Circuit Court of Appeals, Sixth Circuit.

Oct. 12, 1945.

Hobart F. Atkins, of Knoxville, Tenn., for appellant.

James B. Frazier, Jr., U. S. Atty., of Knoxville, Tenn., for appellee.

Before ALLEN and MARTIN, Circuit Judges, and RAYMOND, District Judge.

PER CURIAM.

This case came to be heard on the record and briefs and oral argument of counsel; and it appearing that the appellant voluntarily consented to a search of his premises, and thus waived any claim that his constitutional rights were invaded, Waxman v. United States, 9 Cir., 12 F. 2d 775, certiorari denied, 273 U.S. 716, 47 S.Ct. 108, 71 L.Ed. 855.

And no reversible error appearing in the record:

It is ordered that the judgment be, and it hereby is, affirmed, for the reasons stated by the District Court in the colloquy on the motion to suppress testimony.